IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| EDDIE A. NUNNELLEY, JR., <br> *also known as* <br> EDDIE A. NUNNELLEY, <br> *also known as* <br> EDDIE ALAN JUNIOR NUNNELLEY, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM STEPHENS, <br> Director, Texas Dep't of Criminal Justice <br> Correctional Institutions Division, <br><br> Respondent. | 2:13-CV-217 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On December 12, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release. On January 27, 2014, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _30th_ day of _January_ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE